IN THE MATTER OF N.G.

No. 510A07

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 186 N.C. App. 1, 650 S.E.2d 45 (2007), affirming an order entered 30 January 2007 by Judge Albert A. Corbett, Jr. in District Court, Harnett County. Heard in the Supreme Court 13 February 2008.

*E. Marshall Woodall and Duncan B. McCormick for petitioner-appellee Harnett County Department of Social Services.*

*Elizabeth Myrick Boone for appellee Guardian ad Litem.*

*Sofie W. Hosford for respondent-appellant mother.*

*Lisa Skinner Lefler for respondent-appellant father.*

PER CURIAM.

AFFIRMED.